1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
6  RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL,
   MARIO FELIX, and MATTHEW MORRIS
7

8  John L Burris, SBN 69888
   LAW OFFICES OF JOHN L. BURRIS
9  7677 Oakport Street, Suite 1120
   Oakland, California 94621
10 Tel:    (510) 839-5200
   Fax:    (510) 839-3882
11
   Attorneys For Plaintiff
12 JAMES B. YOUNG, JR.

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

15 JAMES B. YOUNG, JR.,                 )  Case No.:  C08-05418 BZ
                                        )
16              Plaintiff,              )  **STIPULATION AND ~~PROPOSED~~ ORDER**
                                        )  **EXTENDING SCHEDULE FOR ADR**
17       vs.                            )  **AND DISCOVERY**
                                        )
18 COUNTY OF ALAMEDA, a governmental    )
   entity; CHARLES C. PLUMMER, in his   )
19 capacity as Sheriff for COUNTY OF    )
   ALAMEDA; RONALD COOMBS; VICTOR       )
20 RAMIREZ; TARA RUSSELL; MARIO         )
   FELIX; and MATTHEW MORRIS,           )
21 individually and in their capacity as deputy )
   sheriffs for COUNTY OF ALAMEDA; and  )
22 DOES 1-25, inclusive,                )
                                        )
23              Defendants.             )
                                        )
24 _____  )

25       A scheduling conflict has arisen which will prevent Defendants from participating in the

26 June 10, 2009 Settlement Conference before Chief Magistrate Judge Larson.  The Parties

27 stipulate to postpone the Settlement Conference to a later date.  To accommodate this change,

28

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

                                        1

1   the Parties request that the time to complete a Settlement Conference before Judge Larson be

2   extended from June 29, 2009, until October 2, 2009.  Furthermore, the Parties request the

3   following changes to the Court's March 17, 2009 Case Management Schedule Order: extending

4   the close of non-expert discovery to September 30, 2009; extending the last day for expert

5   disclosure to November 15, 2009; extending the last day for rebuttal expert disclosure to

6   December 1, 2009; and extending the last day for expert discovery to January 15, 2009.  The

7   requested extensions will not affect the scheduled trial date of May 10, 2010.

8

9   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10

11   Dated:  May 26, 2009

12                                    HAAPALA, THOMPSON & ABERN, LLP

13                                    By:___/s/Benjamin A. Thompson_____
                                          Benjamin A. Thompson
14                                        Attorneys For Defendants
                                          COUNTY OF ALAMEDA, CHARLES C.
15                                        PLUMMER, RONALD COOMBS, VICTOR
                                          RAMIREZ, TARA RUSSELL, MARIO FELIX,
16                                        and MATTHEW MORRIS

17

18   Dated:  May 26, 2009

19                                    LAW OFFICES OF JOHN BURRIS

20

21                     _____    By:_____
                                          John Burris
22                                        Attorneys For Plaintiff

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   Dated:   May 27, 2009

26

27                                    _____
                                      Honorable Bernard Zimmerman
                                      United States Magistrate Judge
28

2

*Young v. County of Alameda, et al./*Case #C08-05418 BZ
Defendants' Answer To Complaint; Demand For Jury Trial

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570