Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL,
MARIO FELIX, and MATTHEW MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES B. YOUNG, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; CHARLES C. PLUMMER, in his capacity as Sheriff for COUNTY OF ALAMEDA; RONALD COOMBS; VICTOR RAMIREZ; TARA RUSSELL; MARIO FELIX; and MATTHEW MORRIS, individually and in their capacity as deputy sheriffs for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: C08-05418 BZ (JL)<br><br>[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT SEPTEMBER 15, 2009 SETTLEMENT CONFERENCE |

　　　　Defendants CHARLES C. PLUMMER, RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL, MARIO FELIX, and MATTHEW MORRIS have requested to be excused from personally attending the September 15, 2009 settlement conference, or from being available by telephone for the duration of the settlement conference.

　　　　Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

　　　　Good cause appearing,

　　　　The request by defendants CHARLES C. PLUMMER, RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL, MARIO FELIX, and MATTHEW MORRIS to be excused from

1

*Young v. County of Alameda, et al.*/Case #C08-05418BZ (JL)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At September 15, 2009 Settlement Conference

the conference is hereby granted.

Dated: September 9, 2009

_____
Magistrate Judge James Larson

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570