UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. YOUNG, JR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>COUNTY OF ALAMEDA, et al., )<br>)<br>    Defendant(s). ) | No. C08-5418 BZ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: September 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YOUNG v. COUNTY OF ALAMEDA\COND DISMISSAL ORDER.wpd

1