Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL,
MARIO FELIX, and MATTHEW MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES B. YOUNG, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; CHARLES C. PLUMMER, in his capacity as Sheriff for COUNTY OF ALAMEDA; RONALD COOMBS; VICTOR RAMIREZ; TARA RUSSELL; MARIO FELIX; and MATTHEW MORRIS, individually and in their capacity as deputy sheriffs for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: C08-05418 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA, CHARLES C. PLUMMER, RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL, MARIO FELIX, AND MATTHEW MORRIS** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff JAMES B. YOUNG, and defendants CHARLES C. PLUMMER, RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL, MARIO FELIX, and MATTHEW MORRIS, by and through their counsel, that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.

　　　IT IS FURTHER STIPULATED by and between Plaintiff and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to the Defendant COUNTY OF ALAMEDA pursuant to FRCP 41 (a)(2).

1

*Young v. County of Alameda, et al./*Case #C08-05418BZ
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Alameda,
Charles C. Plummer, Ronald Coombs, Victor Ramirez, Tara Russell, Mario Felix, And Matthew Morris

The parties shall be responsible for their own court costs and attorney fees.

Dated: October 9, 2009

LAW OFFICES OF JOHN L. BURRIS

By: */s/ John L. Burris
John L. Burris
Attorneys for Plaintiff
JAMES B. YOUNG, JR.
*Mr. Burris provided his verbal consent that this document be electronically filed

Dated: October 8, 2009

HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Benjamin A. Thompson
Benjamin A. Thompson
Attorneys For Defendants
COUNTY OF ALAMEDA, CHARLES C. PLUMMER, RONALD COOMBS, VICTOR RAMIREZ, TARA RUSSELL, MARIO FELIX, and MATTHEW MORRIS

## **ORDER**

The Court having considered the Stipulation of the parties, the entire action is hereby dismissed with prejudice.

Dated: October 19, 2009

_____
Honorable Bernard Zimmerman
Magistrate Judge of The U. S. District Court

2

*Young v. County of Alameda, et al.*/Case #C08-05418BZ
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Alameda, Charles C. Plummer, Ronald Coombs, Victor Ramirez, Tara Russell, Mario Felix, And Matthew Morris